A CERTIFIED TRUE COPY

NOV - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

(SEE ATTACHED SCHEDULE) 07-397

FILED

NOV 14 2007

Dep. Clerk

## CONDITIONAL TRANSFER ORDER (CTO-7)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 90 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-7 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN 3 07-1732 | Donald Ray Horton v. Davol, Inc., et al. | CA 07-1945 |
| FLORIDA MIDDLE | | |
| FLM 8 07-1747 | Sandra Barrientos v. Davol, Inc., et al. | CA 07-1946 |
| INDIANA SOUTHERN | | |
| INS 1 07-1198 | Kori Mueller v. Davol, Inc., et al. | CA 07-1947 |
| MICHIGAN EASTERN | | |
| MIE 2 07-14093 | Sandra Waycaster v. C.R. Bard, Inc., et al. | CA 07-1948 |
| NEW JERSEY | | |
| NJ 2 07-4678 | Joseph Girton, Jr. v. Davol, Inc., et al. | CA 07-1949 |
| NEW YORK EASTERN | | |
| NYE 2 07-4068 | Frank Barone v. Davol, Inc., et al. | CA 07-1950 |
| OHIO NORTHERN | | |
| OHN 1 07-3027 | Vicki L. Corley v. Davol, Inc., et al. | CA 07-1951 |
| OKLAHOMA NORTHERN | | |
| ~~OKN 4 07-545~~ | ~~Tamara Harrington v. Davol, Inc., et al.~~ Vacated 11/9/07 | |
| PENNSYLVANIA EASTERN | | |
| PAE 2 07-3997 | Steven Bost, et al. v. Davol, Inc., et al. | CA 07-1952 |
| TENNESSEE MIDDLE | | |
| TNM 3 07-984 | Sharon Lorance v. C.R. Bard, Inc., et al. | CA 07-1953 |
| TEXAS EASTERN | | |
| TXE 1 07-640 | Wrennette Stewart, et al. v. C.R. Bard, Inc., et al. | CA 07-1954 |

**MDL No. 1842 - Schedule CTO-7 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TEXAS SOUTHERN | | | | |
| TXS | 2 | 07-379 | Catalina Garcia v. Davol, Inc., et al. | CA 07-1955 |
| TXS | 4 | 07-3120 | Alice Marie Barnes v. Davol, Inc., et al. | CA 07-1956 |
| TXS | 4 | 07-3123 | Aaron G. Brown v. Davol, Inc., et al. | CA 07-1957 |
| TXS | 4 | 07-3125 | James Anthony Gardner v. Davol, Inc., et al. | CA 07-1958 |
| TXS | 4 | 07-3126 | Sandra L. Landry v. Davol, Inc., et al. | CA 07-1959 |
| TXS | 4 | 07-3130 | Carole Lee Moreau v. Davol, Inc., et al. | CA 07-1960 |
| TXS | 4 | 07-3131 | Sharon A. Shafer v. Davol, Inc., et al. | CA 07-1961 |
| TXS | 4 | 07-3133 | Ana Maria Vera v. Davol, Inc., et al. | CA 07-1962 |
| TXS | 4 | 07-3249 | Debra G. Alford v. Davol, Inc., et al. | CA 07-1963 |
| TXS | 4 | 07-3250 | Stephen G. Merritt v. Davol, Inc., et al. | CA 07-1964 |
| TEXAS WESTERN | | | | |
| TXW | 1 | 07-824 | Sonya Mitchell v. Davol, Inc. | CA 07-1965 |
| WEST VIRGINIA NORTHERN | | | | |
| WVN | 5 | 07-125 | Brenda Gayvont v. Davol, Inc., et al. | CA 07-1966 |