STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:07-cv-03997-JS
# Internal Use Only

BOST et al v. DAVOL, INC. et al
Assigned to: HONORABLE JUAN R. SANCHEZ
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/24/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff
**STEVEN BOST**     represented by     **CRAIG NIEDENTHAL**
CORY WATSON
CROWDER & DEGARIS
2131 MAGNOLIA AVENUE

BIRMINGHAM, AL 35205
205/328-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERNEST CORY**
CORY WATSON
CROWDER & DEGARIS
2131 MAGNOLIA AVENUE

BIRMINGHAM, AL 35205
205/328-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JON C. CONLIN**

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/14/07
ATTEST: [signature]
CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CORY WATSON
CROWDER & DEGARIS
2131 MAGNOLIA AVENUE

BIRMINGHAM, AL 35205
205/328-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**L. LEONARD LUNDY**
LUNDY LAW
1635 MARKET STREET
19TH FLOOR
PHILADELPHIA, PA 19103
215-567-3000
Email: llundy@lundylaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**STEPHEN HUNT**
CORY WATSON
CROWDER & DEGARIS
2131 MAGNOLIA AVENUE

BIRMINGHAM, AL 35205
205/328-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

## Plaintiff

| | | |
|---|---|---|
| **DONNA BYERS** *ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY* | represented by | **CRAIG NIEDENTHAL** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE* |

| | |
|---|---|
| SITUATED | NOTICED |
| | **ERNEST CORY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | **JON C. CONLIN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | **L. LEONARD LUNDY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | **STEPHEN HUNT**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

V.

**Defendant**

DAVOL, INC.

**Defendant**

C.R. BARD, INC.

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 09/24/2007 | 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. ( Filing fee $ 250 -$100 short- receipt number 942421), filed by STEVEN BOST, DONNA BYERS. (jmv, ) (Entered: 09/25/2007) |
|---|---|---|
| 09/24/2007 |  | DEMAND for Trial by Jury by STEVEN BOST, DONNA BYERS. (jmv, ) (Entered: 09/25/2007) |
| 09/24/2007 |  | Summons Issued as to DAVOL, INC., C.R. BARD, INC. Forwarded To: 2 Origs to Counsel on 9/25/07 (jmv, ) (Entered: 09/25/2007) |
| 09/24/2007 |  | (Court only) ***Set/Clear Flags Set Flag Standard Case Management Track (jmv, ) (Entered: 09/25/2007) |
| 09/25/2007 |  | Filing fee: $ 100.00, receipt number 942439 (jl, ) (Entered: 09/25/2007) |
| 11/14/2007 | 2 | Certified Copy of Order from THE MDL PANEL THAT THE ABOVE CAPTIONED CASE BE TRANSFERRED TO DISTRICT OF RHODE ISLAND TO BE PART OF MDL 1842; ETC. (jl, ) (Entered: 11/14/2007) |
| 11/14/2007 |  | ECF NOTICE together with certified copy of docket AND ORDER TRANSFERRED to THE District of RHODE ISLAND. (jl, ) (Entered: 11/14/2007) |